IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TNT CRANE & RIGGING, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-23-496-SLP |
| | ) |
| TOTAL DEMOLITION SERVICES, LLC, | ) |
| | ) |
| Defendant. | ) |

**<u>O R D E R</u>**

Before the Court is Counterclaimant Total Demolition Services LLC's Rule 41 Motion to Dismiss with Prejudice and Brief in Support [Doc. No. 93]. Plaintiff has filed its Response [Doc. No. 98] and the matter is at issue.

The Court previously entered summary judgment in favor of Plaintiff on its breach of contract claim against Defendant. *See* Order [Doc. No. 78]. Subsequently, Defendant filed the pending Motion and moves to dismiss with prejudice its counterclaims against Plaintiff. Although Plaintiff originally objected to Defendant's Motion, in its Response, Plaintiff now states that it withdraws any objection. Accordingly, upon review the Court GRANTS Defendant's Motion and DISMISSES WITH PREJUDICE Defendant's counterclaims. As no further claims remaining pending before the Court, a separate judgment shall be entered.

IT IS SO ORDERED this 7th day of April, 2025.

                                           *[signature]*
                                           SCOTT L. PALK
                                           UNITED STATES DISTRICT JUDGE